| | | | |
|---|---|---|---|
| | AUSA: Anthony Vance | Telephone: (810) 766-5177 | |
| AO 91 (Rev. 11/11) Criminal Complaint | Task Force Officer: Cody Black, ATF | Telephone: (810) 341-5710 | |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
   v.

## DELON MONTRA SAVAGE

Case No.   4:26-mj-30172
Judge: Ivy, Curtis
Filed: 04-01-2026

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ March 31, 2026 _____ in the county of _____ Genesee _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in poossession of a firearm |

This criminal complaint is based on these facts:

I have probable cause to believe that on or about March 31, 2026, in the Eastern District of Michigan, DELON MONTRA SAVAGE, knowingly possessed, in and affecting commerce, a firearm in violation of 18 U.S.C. § 922(g)(1).

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Cody Black, Task Force Officer, ATF
_____
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __April 1, 2026__

_____
*Judge's signature*

City and state: __Flint, MI__

Curtis Ivy, Jr., United States Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT

1.      I, Cody Black, have been employed by the Michigan State Police since January of 2020. Currently, I am a Detective Trooper Specialist assigned to the Michigan State Police 3rd District Special Investigation Section. With this assignment, I have been augmented to work on a Federal Task Force as a Task Force Officer (TFO) with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (BATF). I am tasked with investigating violations of firearms and narcotics laws. Before being assigned to the BATF, I was assigned to the Michigan State Police Secured Cities Partnership (SCP), and worked in conjunction with Lansing's Violent Crimes Initiative (VCI) in Lansing MI. During this time, I investigated numerous incidents involving narcotics trafficking, robberies, shooting, weapons offenses, homicides, as well as violations of state and federal firearms laws.

2.      I make this affidavit from personal knowledge based on my participation in this investigation, my review of reports and other materials prepared by those who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

1

3.     On April 1, 2026, I reviewed surveillance footage provided by the Michigan State Police from a residence located at 6710 Colonial Drive, Flint, MI 48505. This surveillance camera was manufactured by Wyze, and a Wyze watermark appears on the bottom left of the screen. The footage reviewed is between 9:21:45 PM and 9:29:37 PM on March 31, 2026. The camera is oriented to the west, and overlooks Colonial Dr.

4.     On March 31, 2026, at approximately 9:21:47 PM, a silver passenger car is observed driving north on Colonial Drive. At approximately 9:21:57 PM, the vehicle stops and pulls over onto the right shoulder of the roadway. At 9:22:26 PM, a male figure later identified as Delon Savage (XX/XX/1978) exits the driver side door of the suspect vehicle. Savage then walks around the frontside of the suspect vehicle and onto the passenger side, before exiting out of frame to the northeast. At 9:24:20 PM, an unknown female is heard screaming. These screams continue off camera until approximately 9:25:05 PM when Savage and the unknown female are observed reentering the frame, near the passenger side of the suspect vehicle.

2

5. At approximately 9:26:01 PM, a police officer with the Flint Police Department can be seen responding to the domestic dispute occurring in the roadway in front of 6710 Colonial Drive, Flint, MI 48505.

6. As the Flint Police Officer exits his unmarked patrol vehicle, he orders Savage onto the ground. Savage appears to immediately open fire in the direction of the Officer, and multiple rounds of gunfire are exchanged between Savage and the Officer.

7. At 9:27:31 PM, two marked Flint Police Department patrol vehicles enter the frame with both their lights and sirens activated. Savage enters the suspect vehicle and begins to flee. A pursuit ensued, which ultimately ended in the vicinity of 755 Tilden Street, Flint MI where Savage was ultimately taken into custody.

8. Savage was found to be in possession of two separate firearms during this incident. A Smith and Wesson SD9VE pistol bearing serial number FCF5746 and Glock 45 pistol bearing serial number CCMF532.

9. A LEIN check was completed on both firearms. The Smith and Wesson SD9VE bearing serial number FCF5746 was listed as stolen by the Flint Police Department on March 6, 2024. Both firearms were subsequently seized as evidence.

3

10.     A criminal history check was completed for Savage. After completing this check and reviewing Savage's criminal history, I observed that Savage had been convicted of the following felony offenses:

- Manslaughter – convicted on April 29, 2010, and sentenced one year in jail; Genesee County Circuit Court.

- Felon in Possession of a Firearm – convicted on November 26, 2013, and sentenced to 34 months in prison; United States District Court for the Eastern District of Michigan.

11.     On April 1st, 2026, I contacted Interstate Nexus Expert ATF Special Agent Kyle McGraw referencing both firearms seized during this investigation. SA McGraw advised that both the Smith and Wesson SD9VE pistol bearing serial number FCF5746 and Glock 45 pistol bearing serial number ccmf532, based upon the description provided, without physically examining the firearm, that the firearm is a firearm as defined under 18 U.S.C. § 921 and was manufactured outside of the state of Michigan after 1898, and therefore the firearm had traveled in and affected interstate commerce.

12.     Based on the foregoing, I have probable cause to believe that on March 31, 2026, in the Eastern District of Michigan, Delon Montra Savage, knowing that he had been convicted of a felony offense punishable by a term of imprisonment

4

exceeding one year, knowingly possessed, in and affecting commerce, a firearm, in violation of 18 U.S.C. § 922(g)(1).

_____

Cody Black, Affiant
Task Force Officer
Bureau of Alcohol, Tobacco, Firearms & Explosives

Sworn to before me and signed in my presence and/or by reliable electronic means

on ____April 1, 2026_____.

_____

Hon Curtis Ivy, Jr.
United States Magistrate Judge